AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| THE MONEY SOURCE INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.3:25-cv-02295-SI |
| | ) | |
| MAX SASS, COLLIN PSIODA, | ) | |
| CHAOS HOME LOANS, LLC,  YOAV GUERON, and | ) | |
| 911 RESTORATION, INC., | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  911 RESTORATION, INC.
C/O COLLIN PSIODA, AS REGISTERED AGENT
13420 SE DIVISION ST
PORTLAND OR 97236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    GHIDOTTI BERGER LLP
1920 OLD AUSTIN AVENUE SANTA ANA CA 92705

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date:  12/09/2025          By: s/A. Morrissey, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| THE MONEY SOURCE INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.3:25-cv-02295-SI |
| | ) | |
| MAX SASS, COLLIN PSIODA, | ) | |
| CHAOS HOME LOANS, LLC,  YOAV GUERON, and | ) | |
| 911 RESTORATION, INC., | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CHAOS HOME LOANS, LLC,
c/o INCORP. SERVICES, INC., AS REGISTERED AGENT
9107 WEST RUSSELL RD, SUITE 100
LAS VEGAS NV 89148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    GHIDOTTI BERGER LLP
1920 OLD AUSTIN AVENUE SANTA ANA CA 92705

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **12/09/2025**

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| THE MONEY SOURCE INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.3:25-cv-02295-SI |
| | ) | |
| MAX SASS, COLLIN PSIODA, | ) | |
| CHAOS HOME LOANS, LLC,  YOAV GUERON, and | ) | |
| 911 RESTORATION, INC., | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    COLLIN PSIODA
8565 S. EASTERN AVE, SUITE 142
LAS VEGAS NV 89123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    GHIDOTTI BERGER LLP
1920 OLD AUSTIN AVENUE SANTA ANA CA 92705

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 12/09/2025

By: s/A. Morrissey, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| THE MONEY SOURCE INC.<br><br><br><br>*Plaintiff(s)*<br>v.<br><br>MAX SASS, COLLIN PSIODA,<br>CHAOS HOME LOANS, LLC,  YOAV GUERON, and<br>911 RESTORATION, INC.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.3:25-cv-02295-SI |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    MAX SASS
3535 E. SUNSET ROAD
LAS VEGAS NEVADA 89120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    GHIDOTTI BERGER LLP
1920 OLD AUSTIN AVENUE SANTA ANA CA 92705

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 12/09/2025          **By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| THE MONEY SOURCE INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.3:25-cv-02295-SI |
| | ) | |
| MAX SASS, COLLIN PSIODA, | ) | |
| CHAOS HOME LOANS, LLC,  YOAV GUERON, and | ) | |
| 911 RESTORATION, INC., | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    YOAV GUERON
13520 SE DIVISION ST
PORTLAND OR 97236

         A lawsuit has been filed against you.

         Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    GHIDOTTI BERGER LLP
1920 OLD AUSTIN AVENUE SANTA ANA CA 92705

         If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 12/09/2025

**By: s/A. Morrissey, Deputy Clerk**